IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES CROWE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE NO: ) 1:11-CV-02494-CAP ) |
| DEKALB COUNTY SCHOOL SYSTEM, | ) ) |
| Defendant. | ) ) ) |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties hereby voluntarily stipulate that the above-captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted, this 9th day of October, 2012.

| | |
|---|---|
| */s/ Justin M. Scott* | */s/ Janet C. Scott* |
| Daniel M. Klein | Glinton R. Darien, Jr. |
| Georgia Bar No. 123398 | Georgia Bar No. 684676 |
| Cheryl B. Legare | Janet C. Scott |
| Georgia Bar No. 038553 | Georgia Bar No. 252707 |
| Justin M. Scott | |
| Georgia Bar No. 557463 | |
| | |
| BUCKLEY & KLIEN, LLP | ALEXANDER & ASSOCIATES |
| Promenade II, Suite 900 | 951 Edgewood Avenue, NE |
| 1230 Peachtree Street, NE | Atlanta, Georgia  30307 |
| Atlanta, Georgia  30309 | |
| Counsel for Plaintiff | Counsel for Defendant |